# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

**In re:**                                           )**Case No.:** 17-29195
    **Cleveland Carr**                                )
                                                     )**Chapter:** Chapter 13
    **Debtor(s)**                                    )
                                                     )**Judge:** Honorable Deborah L. Thorne

## NOTICE OF MOTION

**To:**
Cleveland Carr, 418 S 14th Ave #, Maywood, IL 60153

Marshall, Marilyn O., Trustee, 224 S. Michigan Ave. #800, Chicago, IL 60604

**PLEASE TAKE NOTICE** that on 11/22/17 at 10.30 a.m. I shall appear before the Honorable **Honorable Deborah L. Thorne in 219 South Dearborn St Courtroom 613, Chicago, IL 60604** and then and there present the attached **MOTION FOR ORIGINAL FEES**, a copy of which is attached hereto.

        **By:   /s/ Christine M. Kuhlman**
              **Christine M. Kuhlman,** *Attorney for Debtor(s)*

## CERTIFICATE OF SERVICE

I, **Christine M. Kuhlman**, hereby certify that a copy of this Notice along with the aforementioned document was served upon the above parties, by depositing the same in the U.S. Mail at 55 E. Monroe St., Chicago, Illinois, 60603, before 5:30 p.m. on **10/05/2017**, except that the Chapter 13 Trustee was served via electronic notice on such date.

        **By:   /s/ Christine M. Kuhlman**
              **Christine M. Kuhlman,** *Attorney for Debtor(s)*

**Attorneys for the Debtor(s)**
**Prepared by: Christine M. Kuhlman**
**Geraci Law L.L.C.**
55 E. Monroe Street #3400
Chicago, IL 60603
(Ph): 312.332.1800      (Fax): 877.247.1960

**Our Client(s) Record # 751660**

| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1 | **Cleveland Lamar Carr** | Social Security number or ITIN | **xxx–xx–6340** |
| | First Name   Middle Name   Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN | _ _ _ _ |
| | | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **Northern District of Illinois** | Date case filed for chapter 13 | **9/29/17** |
| Case number: | **17–29195** | | |

# Official Form 309I
## Notice of Chapter 13 Bankruptcy Case                                   12/15

**For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Cleveland Lamar Carr | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 418 S 14th Ave<br>APT#<br>Maywood, IL 60153 | |
| 4. | **Debtor's attorney**<br>Name and address | Christine Kuhlman<br>Geraci Law L.L.C.<br>55 East Monroe #3400<br>Chicago, IL 60603 | Contact phone 312.332.1800<br>Email: ndil@geracilaw.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Marilyn O Marshall<br>224 South Michigan Ste 800<br>Chicago, IL 60604 | Contact phone 312–431–1300 |
| 6. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address.<br>You may inspect all records filed in this case at this office or online at www.pacer.gov. | Eastern Division<br>219 S Dearborn<br>7th Floor<br>Chicago, IL 60604 | Hours open: 8:30 a.m. until 4:30 p.m. except Saturdays, Sundays and legal holidays.<br>Contact phone 1–866–222–8029<br>Date: 10/2/17 |

**For more information, see page 2**

| 7. Meeting of creditors<br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **October 31, 2017 at 03:00 PM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket.<br><br>**Debtors must bring a picture ID and proof of their Social Security Number**. | **Location:**<br>**224 South Michigan, Suite 800, Chicago, IL 60604** |
|---|---|---|
| 8. **Deadlines**<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint to challenge dischargeability of certain debts:**<br><br>**You must file:**<br>• a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f) or<br>• a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4). | **Filing deadline: 1/2/18** |
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: 1/29/18** |
| | **Deadline for governmental units to file a proof of claim:** | **Filing deadline: 3/28/18** |
| | **Deadlines for filing proof of claim:**<br>A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.<br>If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| 9. **Filing of plan** | The debtor has filed a plan. The plan or a summary of the plan is enclosed. The hearing on confirmation will be held on:<br>**11/22/17** at **10:30 AM**, Location: **219 South Dearborn, Courtroom 613, Chicago, IL 60604**<br><br>**The Disclosure of Compensation has been filed and the debtor's attorney is requesting fees of $ 4000.00**<br>If there are no objections, the Court may confirm the plan and allow fees requested by debtor's counsel to be paid through the plan. | |
| 10. **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| 11. **Filing a chapter 13 bankruptcy case** | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy or summary of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. | |
| 12. **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. | |
| 13. **Discharge of debts** | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 8. | |

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                        Case No. 17-29195-DLT
Cleveland Lamar Carr                                                          Chapter 13
         Debtor

## CERTIFICATE OF NOTICE

District/off: 0752-1           User: rruiz1                  Page 1 of 2           Date Rcvd: Oct 02, 2017
                               Form ID: 309I                 Total Noticed: 24

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 04, 2017.
```
db             +Cleveland Lamar Carr,    418 S 14th Ave,    APT#,    Maywood, IL 60153-1418
26057628       +Carrington Mortgage SE,    Attn: Bankruptcy Dept.,    1600 S Douglass Rd Ste 2,
                 Anaheim,CA 92806-5951
26057617       +Clerk, Fourth Mun Div,    17M4004878,    1500 Maybrook Dr #236,    Maywood,IL 60153-2430
26057634       +Equifax,    Attn: Bankruptcy Dept.,    PO Box 740241,    Atlanta,GA 30374-0241
26057633       +Experian,    Attn: Bankruptcy Dept.,    PO Box 2002,    Allen,TX 75013-2002
26057630       +MID AMERICA BK/TOTAL C,    Attn: Bankruptcy Dept.,    5109 S Broadband Ln,
                 Sioux Falls,SD 57108-2208
26057620       +Mab&T-Santander Consum,    Attn: Bankruptcy Dept.,    Po Box 961245,    Fort Worth,TX 76161-0244
26057640       +Regina Perry-Carr,    418 South 14th,    Maywood, IL 60153-1418
26057636       +Silver Cloud Financial,    635 E State Highway 20,    Upper Lake,CA 95485-8793
26057632       +Transunion,    Attn: Bankruptcy Dept.,    PO Box 1000,    Chester,PA 19022-1023
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty             E-mail/Text: ndil@geracilaw.com Oct 03 2017 02:34:03      Christine Kuhlman,    Geraci Law L.L.C.,
                 55 East Monroe #3400,    Chicago, IL  60603
tr             +E-mail/Text: courtnotices@chi13.com Oct 03 2017 02:35:14      Marilyn O Marshall,
                 224 South Michigan Ste 800,    Chicago, IL 60604-2503
ust            +E-mail/Text: USTPREGION11.ES.ECF@USDOJ.GOV Oct 03 2017 02:35:27      Patrick S Layng,
                 Office of the U.S. Trustee, Region 11,    219 S Dearborn St,    Room 873,
                 Chicago, IL 60604-2027
26057618       +E-mail/Text: bk@blittandgaines.com Oct 03 2017 02:35:03      Blitt and Gaines, PC,    17M4004878,
                 661 Glenn Ave.,    Wheeling,IL 60090-6017
26057616       +EDI: CAPITALONE.COM Oct 03 2017 01:48:00      Capital One Bank,    17M4004878,    PO Box 60024,
                 City Of Industry,CA 91716-0024
26057619       +EDI: CAPITALONE.COM Oct 03 2017 01:48:00      Capitalone,    Attn: Bankruptcy Dept.,
                 15000 Capital One Dr,    Richmond,VA 23238-1119
26057623       +E-mail/Text: electronicbkydocs@nelnet.net Oct 03 2017 02:35:52      DEPT OF EDUCATION/NELN,
                 Attn: Bankruptcy Dept.,    121 S 13Th St,    Lincoln,NE 68508-1904
26057621       +E-mail/PDF: ais.exeter.ebn@americaninfosource.com Oct 03 2017 02:32:28      Exeter Finance,
                 Attn: Bankruptcy Dept.,    Po Box 166097,    Irving, TX 75016-6097
26057629       +E-mail/Text: BKRMailOPS@weltman.com Oct 03 2017 02:35:08      KAY Jewelers,
                 Attn: Bankruptcy Dept.,    375 Ghent Rd,    Fairlawn,OH 44333-4600
26057638       +E-mail/Text: bankruptcy@moneylion.com Oct 03 2017 02:37:20      Money Lion,    PO Box 1547,
                 Sandy,UT 84091-1547
26057631       +E-mail/Text: opportunitynotices@gmail.com Oct 03 2017 02:36:42      OPP Loans,
                 Attn: Bankruptcy Dept.,    130 E Randolph St Ste 16,    Chicago,IL 60601-6207
26057635       +EDI: CBSPLS.COM Oct 03 2017 01:53:00      PLS Financial,    Bankruptcy Dept,
                 800 Jorie Blvd, 2nd Floor,    Oak Brook,IL 60523-2132
26057639       +E-mail/Text: bankruptcy@progfinance.com Oct 03 2017 02:35:55      Progressive Leasing, LLC,
                 Bankruptcy Dept,    256 West Data Drive,    Draper,UT 84020-2315
26057637       +E-mail/Text: janet@zingocash.com Oct 03 2017 02:36:24      Zingo Cash,
                 200 N Fairway Dr Ste 180,    Vernon Hills,IL 60061-1861
                                                                                               TOTAL: 14
```

```
                ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
26057622*      +Capitalone,    Attn: Bankruptcy Dept.,    15000 Capital One Dr,    Richmond,VA 23238-1119
26057624*      +DEPT OF EDUCATION/NELN,    Attn: Bankruptcy Dept.,    121 S 13Th St,    Lincoln,NE 68508-1904
26057625*      +DEPT OF EDUCATION/NELN,    Attn: Bankruptcy Dept.,    121 S 13Th St,    Lincoln,NE 68508-1904
26057626*      +DEPT OF EDUCATION/NELN,    Attn: Bankruptcy Dept.,    121 S 13Th St,    Lincoln,NE 68508-1904
26057627*      +DEPT OF EDUCATION/NELN,    Attn: Bankruptcy Dept.,    121 S 13Th St,    Lincoln,NE 68508-1904
                                                                                              TOTALS: 0, * 5, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 04, 2017                              Signature:  /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 2, 2017 at the address(es) listed below:
          Christine  Kuhlman    on behalf of Debtor 1 Cleveland Lamar Carr ndil@geracilaw.com
          Marilyn O Marshall    courtdocs@chi13.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
          TOTAL: 3

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re:   Cleveland Carr | ) | BK No.:   17-29195 |
| | ) | |
| | ) | Chapter:   13 |
| | ) | Judge:   Honorable Deborah L. Thorne |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

**ATTORNEY'S APPLICATION FOR CHAPTER 13 COMPENSATION UNDER
THE COURT-APPROVED RETENTION AGREEMENT**
**(Use for cases filed on or after April 20, 2015)**

The undersigned attorney seeks compensation pursuant to 11 U.S.C. § 330(a)(4)(B) and the **Court-Approved Retention Agreement** executed by the debtor(s) and the attorney, for representing the interests of the debtor(s) in this case.

**Use of Court-Approved Retention Agreement:**

The attorney and the debtor(s) have entered into the Court-Approved Retention Agreement.

**Attorney Certification:**

The attorney hereby certifies that:

1. All disclosures required by General Order No. 11-2 have been made.

2. The attorney and the debtor(s) have either:

    (i) not entered into any other agreements that provide for the attorney to receive:

    a. any kind of compensation, reimbursement, or other payment, or

    b. any form of, or security for, compensation, reimbursement, or other payment that varies from the Court-Approved Retention Agreement; or

    (ii) have specifically discussed and understand that:

    a. the Bankruptcy Code may require a debtor's attorney to provide the debtor with certain documents and agreements at the start of the representation;

    b. the terms of the Court-Approved Retention Agreement take the place of any conflicting provision in an earlier agreement;

    c. the Court-Approved Retention Agreement cannot be modified in any way by other agreements; and

    d. any provision of another agreement between the debtor and the attorney that conflicts with the Court-Approved Retention Agreement is void.

Our Client(s) Record # 751660                                                                                    Local Bankruptcy Form 23-1

**Compensation sought for services in this case pursuant to the Court-Approved Retention Agreement:**

$ 4,000.00    flat fee for services through case closing

**Reimbursement sought for expenses in this case:**

$ 0.00    for filing fee paid by the attorney with the attorney's funds

$ 0.00    for other expenses incurred in connection with the case and paid by the attorney with the attorney's funds (itemization must be attached)

$ 0.00    Total reimbursement requested for expenses.

**Funds previously paid to the attorney by or on behalf of the debtor(s) in the year before filing this case and not reflected in or related to the Court-Approved Retention Agreement:**

[X] None
A total of $ 0.00    .

Date of Application:    October 05, 2017            Attorney Signature    /s/ Christine M. Kuhlman