| Loan Amount | Interest Rate | Adequate Protection | # of Adequate Protection Payments | Fixed Payment After AP Payments | Fixed Payments with NO Adequate Protection | Plan payment: $600 |
|---|---|---|---|---|---|---|
| $ 14,600 | 6.25% | $ 146.00 | 12 | $ 558.00 | $ 300.00 | |

| # Mo | Beginning Balance | Payment | Principal | Interest | Ending Balance | Total Paid | # Mo | Beginning Balance | Payment | Principal | Interest | Ending Balance | Total Paid |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | $ 14,600 | $ 146 | $ 70 | $ 76 | $ 14,530 | $ 146 | 1 | $ 14,600 | $ 300 | $ 224 | $ 76 | $ 14,376 | $ 300 |
| 2 | $ 14,530 | $ 146 | $ 70 | $ 76 | $ 14,460 | $ 292 | 2 | $ 14,376 | $ 300 | $ 225 | $ 75 | $ 14,151 | $ 600 |
| 3 | $ 14,460 | $ 146 | $ 71 | $ 75 | $ 14,389 | $ 438 | 3 | $ 14,151 | $ 300 | $ 226 | $ 74 | $ 13,925 | $ 900 |
| 4 | $ 14,389 | $ 146 | $ 71 | $ 75 | $ 14,318 | $ 584 | 4 | $ 13,925 | $ 300 | $ 227 | $ 73 | $ 13,697 | $ 1,200 |
| 5 | $ 14,318 | $ 146 | $ 71 | $ 75 | $ 14,247 | $ 730 | 5 | $ 13,697 | $ 300 | $ 229 | $ 71 | $ 13,468 | $ 1,500 |
| 6 | $ 14,247 | $ 146 | $ 72 | $ 74 | $ 14,175 | $ 876 | 6 | $ 13,468 | $ 300 | $ 230 | $ 70 | $ 13,239 | $ 1,800 |
| 7 | $ 14,175 | $ 146 | $ 72 | $ 74 | $ 14,103 | $ 1,022 | 7 | $ 13,239 | $ 300 | $ 231 | $ 69 | $ 13,008 | $ 2,100 |
| 8 | $ 14,103 | $ 146 | $ 73 | $ 73 | $ 14,030 | $ 1,168 | 8 | $ 13,008 | $ 300 | $ 232 | $ 68 | $ 12,775 | $ 2,400 |
| 9 | $ 14,030 | $ 146 | $ 73 | $ 73 | $ 13,957 | $ 1,314 | 9 | $ 12,775 | $ 300 | $ 233 | $ 67 | $ 12,542 | $ 2,700 |
| 10 | $ 13,957 | $ 146 | $ 73 | $ 73 | $ 13,884 | $ 1,460 | 10 | $ 12,542 | $ 300 | $ 235 | $ 65 | $ 12,307 | $ 3,000 |
| 11 | $ 13,884 | $ 146 | $ 74 | $ 72 | $ 13,810 | $ 1,606 | 11 | $ 12,307 | $ 300 | $ 236 | $ 64 | $ 12,071 | $ 3,300 |
| 12 | $ 13,810 | $ 146 | $ 74 | $ 72 | $ 13,736 | $ 1,752 | 12 | $ 12,071 | $ 300 | $ 237 | $ 63 | $ 11,834 | $ 3,600 |
| 13 | $ 13,736 | $ 558 | $ 486 | $ 72 | $ 13,250 | $ 2,310 | 13 | $ 11,834 | $ 300 | $ 238 | $ 62 | $ 11,596 | $ 3,900 |
| 14 | $ 13,250 | $ 558 | $ 489 | $ 69 | $ 12,761 | $ 2,868 | 14 | $ 11,596 | $ 300 | $ 240 | $ 60 | $ 11,356 | $ 4,200 |
| 15 | $ 12,761 | $ 558 | $ 492 | $ 66 | $ 12,269 | $ 3,426 | 15 | $ 11,356 | $ 300 | $ 241 | $ 59 | $ 11,115 | $ 4,500 |
| 16 | $ 12,269 | $ 558 | $ 494 | $ 64 | $ 11,775 | $ 3,984 | 16 | $ 11,115 | $ 300 | $ 242 | $ 58 | $ 10,873 | $ 4,800 |
| 17 | $ 11,775 | $ 558 | $ 497 | $ 61 | $ 11,278 | $ 4,542 | 17 | $ 10,873 | $ 300 | $ 243 | $ 57 | $ 10,630 | $ 5,100 |
| 18 | $ 11,278 | $ 558 | $ 499 | $ 59 | $ 10,779 | $ 5,100 | 18 | $ 10,630 | $ 300 | $ 245 | $ 55 | $ 10,385 | $ 5,400 |
| 19 | $ 10,779 | $ 558 | $ 502 | $ 56 | $ 10,277 | $ 5,658 | 19 | $ 10,385 | $ 300 | $ 246 | $ 54 | $ 10,139 | $ 5,700 |
| 20 | $ 10,277 | $ 558 | $ 504 | $ 54 | $ 9,773 | $ 6,216 | 20 | $ 10,139 | $ 300 | $ 247 | $ 53 | $ 9,892 | $ 6,000 |
| 21 | $ 9,773 | $ 558 | $ 507 | $ 51 | $ 9,266 | $ 6,774 | 21 | $ 9,892 | $ 300 | $ 248 | $ 52 | $ 9,644 | $ 6,300 |
| 22 | $ 9,266 | $ 558 | $ 510 | $ 48 | $ 8,756 | $ 7,332 | 22 | $ 9,644 | $ 300 | $ 250 | $ 50 | $ 9,394 | $ 6,600 |
| 23 | $ 8,756 | $ 558 | $ 512 | $ 46 | $ 8,243 | $ 7,890 | 23 | $ 9,394 | $ 300 | $ 251 | $ 49 | $ 9,143 | $ 6,900 |
| 24 | $ 8,243 | $ 558 | $ 515 | $ 43 | $ 7,728 | $ 8,448 | 24 | $ 9,143 | $ 300 | $ 252 | $ 48 | $ 8,890 | $ 7,200 |
| 25 | $ 7,728 | $ 558 | $ 518 | $ 40 | $ 7,211 | $ 9,006 | 25 | $ 8,890 | $ 300 | $ 254 | $ 46 | $ 8,637 | $ 7,500 |
| 26 | $ 7,211 | $ 558 | $ 520 | $ 38 | $ 6,690 | $ 9,564 | 26 | $ 8,637 | $ 300 | $ 255 | $ 45 | $ 8,382 | $ 7,800 |
| 27 | $ 6,690 | $ 558 | $ 523 | $ 35 | $ 6,167 | $ 10,122 | 27 | $ 8,382 | $ 300 | $ 256 | $ 44 | $ 8,125 | $ 8,100 |
| 28 | $ 6,167 | $ 558 | $ 526 | $ 32 | $ 5,641 | $ 10,680 | 28 | $ 8,125 | $ 300 | $ 258 | $ 42 | $ 7,868 | $ 8,400 |
| 29 | $ 5,641 | $ 558 | $ 529 | $ 29 | $ 5,113 | $ 11,238 | 29 | $ 7,868 | $ 300 | $ 259 | $ 41 | $ 7,609 | $ 8,700 |
| 30 | $ 5,113 | $ 558 | $ 531 | $ 27 | $ 4,581 | $ 11,796 | 30 | $ 7,609 | $ 300 | $ 260 | $ 40 | $ 7,348 | $ 9,000 |
| 31 | $ 4,581 | $ 558 | $ 534 | $ 24 | $ 4,047 | $ 12,354 | 31 | $ 7,348 | $ 300 | $ 262 | $ 38 | $ 7,087 | $ 9,300 |
| 32 | $ 4,047 | $ 558 | $ 537 | $ 21 | $ 3,510 | $ 12,912 | 32 | $ 7,087 | $ 300 | $ 263 | $ 37 | $ 6,823 | $ 9,600 |
| 33 | $ 3,510 | $ 558 | $ 540 | $ 18 | $ 2,970 | $ 13,470 | 33 | $ 6,823 | $ 300 | $ 264 | $ 36 | $ 6,559 | $ 9,900 |
| 34 | $ 2,970 | $ 558 | $ 543 | $ 15 | $ 2,428 | $ 14,028 | 34 | $ 6,559 | $ 300 | $ 266 | $ 34 | $ 6,293 | $ 10,200 |
| 35 | $ 2,428 | $ 558 | $ 545 | $ 13 | $ 1,882 | $ 14,586 | 35 | $ 6,293 | $ 300 | $ 267 | $ 33 | $ 6,026 | $ 10,500 |
| 36 | $ 1,882 | $ 558 | $ 548 | $ 10 | $ 1,334 | $ 15,144 | 36 | $ 6,026 | $ 300 | $ 269 | $ 31 | $ 5,757 | $ 10,800 |
| 37 | $ 1,334 | $ 558 | $ 551 | $ 7 | $ 783 | $ 15,702 | 37 | $ 5,757 | $ 300 | $ 270 | $ 30 | $ 5,487 | $ 11,100 |
| 38 | $ 783 | $ 558 | $ 554 | $ 4 | $ 229 | $ 16,260 | 38 | $ 5,487 | $ 300 | $ 271 | $ 29 | $ 5,216 | $ 11,400 |
| 39 | $ 229 | $ 558 | $ 557 | $ 1 | $ (328) | $ 16,489 | 39 | $ 5,216 | $ 300 | $ 273 | $ 27 | $ 4,943 | $ 11,700 |
| 40 | $ - | $ - | $ - | $ - | $ - | $ - | 40 | $ 4,943 | $ 300 | $ 274 | $ 26 | $ 4,669 | $ 12,000 |
| 41 | $ - | $ - | $ - | $ - | $ - | $ - | 41 | $ 4,669 | $ 300 | $ 276 | $ 24 | $ 4,393 | $ 12,300 |
| 42 | $ - | $ - | $ - | $ - | $ - | $ - | 42 | $ 4,393 | $ 300 | $ 277 | $ 23 | $ 4,116 | $ 12,600 |
| 43 | $ - | $ - | $ - | $ - | $ - | $ - | 43 | $ 4,116 | $ 300 | $ 279 | $ 21 | $ 3,837 | $ 12,900 |
| 44 | $ - | $ - | $ - | $ - | $ - | $ - | 44 | $ 3,837 | $ 300 | $ 280 | $ 20 | $ 3,557 | $ 13,200 |
| 45 | $ - | $ - | $ - | $ - | $ - | $ - | 45 | $ 3,557 | $ 300 | $ 281 | $ 19 | $ 3,276 | $ 13,500 |
| 46 | $ - | $ - | $ - | $ - | $ - | $ - | 46 | $ 3,276 | $ 300 | $ 283 | $ 17 | $ 2,993 | $ 13,800 |
| 47 | $ - | $ - | $ - | $ - | $ - | $ - | 47 | $ 2,993 | $ 300 | $ 284 | $ 16 | $ 2,709 | $ 14,100 |
| 48 | $ - | $ - | $ - | $ - | $ - | $ - | 48 | $ 2,709 | $ 300 | $ 286 | $ 14 | $ 2,423 | $ 14,400 |
| 49 | $ - | $ - | $ - | $ - | $ - | $ - | 49 | $ 2,423 | $ 300 | $ 287 | $ 13 | $ 2,135 | $ 14,700 |
| 50 | $ - | $ - | $ - | $ - | $ - | $ - | 50 | $ 2,135 | $ 300 | $ 289 | $ 11 | $ 1,846 | $ 15,000 |
| 51 | $ - | $ - | $ - | $ - | $ - | $ - | 51 | $ 1,846 | $ 300 | $ 290 | $ 10 | $ 1,556 | $ 15,300 |
| 52 | $ - | $ - | $ - | $ - | $ - | $ - | 52 | $ 1,556 | $ 300 | $ 292 | $ 8 | $ 1,264 | $ 15,600 |
| 53 | $ - | $ - | $ - | $ - | $ - | $ - | 53 | $ 1,264 | $ 300 | $ 293 | $ 7 | $ 971 | $ 15,900 |
| 54 | $ - | $ - | $ - | $ - | $ - | $ - | 54 | $ 971 | $ 300 | $ 295 | $ 5 | $ 676 | $ 16,200 |
| 55 | $ - | $ - | $ - | $ - | $ - | $ - | 55 | $ 676 | $ 300 | $ 296 | $ 4 | $ 379 | $ 16,500 |
| 56 | $ - | $ - | $ - | $ - | $ - | $ - | 56 | $ 379 | $ 300 | $ 298 | $ 2 | $ 81 | $ 16,800 |
| 57 | $ - | $ - | $ - | $ - | $ - | $ - | 57 | $ 81 | $ 300 | $ 300 | $ 0 | $ (218) | $ 16,881 |
| 58 | $ - | $ - | $ - | $ - | $ - | $ - | 58 | $ - | $ - | $ - | $ - | $ - | $ - |
| 59 | $ - | $ - | $ - | $ - | $ - | $ - | 59 | $ - | $ - | $ - | $ - | $ - | $ - |
| 60 | $ - | $ - | $ - | $ - | $ - | $ - | 60 | $ - | $ - | $ - | $ - | $ - | $ - |